IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE IVAN LOPEZ                              :
                                               :            CIVIL ACTION
                 v.                            :
                                               :            NO. 04-4181
JEFFREY BEARD, ET AL.                          :

## ORDER

   **AND NOW,** this ___3rd___ day of March, 2017, upon consideration of Petitioner's Motion

for Discovery (ECF No. 54), Respondents' Response in Opposition thereto (ECF No. 64), and

Petitioner's Reply (ECF No. 73), it is **ORDERED** that the Motion is **GRANTED** in part and

**DENIED** in part as follows:

1. The Commonwealth shall provide Petitioner with any evidence in its possession or
   control tending to show that Miguel Moreno testified pursuant to an agreement with the
   Commonwealth.

2. The Commonwealth shall also provide Petitioner with the results of any polygraph
   examination of Miguel Moreno.

3. In all other respects the Motion is denied.

   **IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        _____
                                        **R. BARCLAY SURRICK, J.**