IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE IVAN LOPEZ : 
: CIVIL ACTION
v. :
: NO. 04-4181
JEFFREY BEARD ET AL. :

**ORDER**

**AND NOW**, this 16th day of May, 2019, upon consideration of Petitioner's Motion for Further Discovery Related to Whether Miguel Moreno Testified Pursuant to an Undisclosed Plea Agreement (ECF No. 110), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Petitioner's Motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion is **GRANTED** as to the following discovery, which shall be conducted as **ORDERED** herein:

    (a) Within forty-five (45) days of the date of this Order, counsel for the Commonwealth shall compile, and permit Petitioner's counsel to conduct a supervised inspection of, the complete file(s) generated by the Office of the Lehigh County District Attorney with respect to the prosecution of the Bolasky homicide and Miguel Moreno's cooperation therein.

    (b) Within twenty (20) days of the date of this Order, Petitioner's counsel may serve upon Earl Supplee, Esquire, process to conduct a supervised inspection of the complete file(s) for Miguel Moreno maintained by Attorney Supplee and/or the Office of the Lehigh County Public Defender, and to take the deposition of Attorney Supplee. The above-ordered inspection and deposition of Attorney Supplee shall be conducted within sixty (60) days of the date of this Order.

(c) Within sixty (60) days of the date of this Order, Petitioner's counsel may conduct the videoconference deposition of Theodore Racines, Esquire.

(d) Within thirty (30) days of the date of this Order, Petitioner's counsel may submit to this Court proposed interrogatories to be directed to the Honorable Robert L. Steinberg. The proposed interrogatories shall not be served upon Judge Steinberg until approved by this Court.

2. The Motion is **DENIED** without prejudice as to the requested deposition of Judge Steinberg.

**IT IS SO ORDERED.**

**BY THE COURT:**

_____
R. BARCLAY SURRICK, J.