# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 04-4181 |
| JEFFREY BEARD ET AL. : | |

## ORDER

**AND NOW**, this 21st day of July 2020, upon consideration of Petitioner's Motion for Judgment on Claim XVII of his Petition for Habeas Corpus (ECF No. 135), Respondent's opposition thereto (ECF No. 138), and Petitioner's Reply (ECF No. 141), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
R. BARCLAY SURRICK, J.